CO 901 (Rev. 8/12)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| Sheferaw Mengesha | vs. | Franklin Parking, LLC |
|---|---|---|
| Plaintiff(s) | | Defendant(s) |

CIVIL ACTION NO. __14-156 (JMF)__
WRIT OF ATTACHMENT ON JUDGMENT
**(Personal Property, Goods, Chattels)**

THE PRESIDENT OF THE UNITED STATES, TO THE MARSHAL FOR THE DISTRICT OF COLUMBIA:

You are hereby commanded to attach, seize, and take into your custody the personal property, goods and chattels of the defendant(s), __Franklin Parking, LLC__ which shall be found in this District.

The judgment against the defendant(s) was entered __10/22/2014__, in the amount of __One Thousand, Nine Hundred__ Dollars, with interest at __6__ % per annum, and $__1190__ for costs and charges which may accrue. You are to attach the same and safely keep it, subject to the orders of the Court, unless the defendant(s) or the person in whose possession the property is attached delivers to you an undertaking, to be approved by the Court with sufficient surety or sureties, to abide by and perform the judgment of the Court in relation to the said property, goods and chattels.

You shall have the personal property, goods and chattels before the Court on or before the tenth day after the execution of the writ, that the personal property, goods or chattels may be condemned and an execution had, unless sufficient cause be shown to the contrary.

If the personal property, goods or chattels attached are in the possession of any person other than the defendant(s), you shall notify such person of the seizure and warn the person to appear before the Court to show cause why the personal property, goods or chattels should not be condemned and execution be had according to the law.

You must have this writ endorsed to show when and how you have executed it.

WITNESS The Honorable Chief Judge of the said Court, this __18th__ day of __December__, 20__14__.

Angela D. Caesar, Clerk

By _____/s/ Reginald D. Johnson_____
Deputy Clerk



Jeffrey S. Gutman
Attorney for Plaintiff(s)

George Washington University Law School

2000 G St., N.W.

Washington, D.C. 20052
Address

(202) 994-5797
Telephone